944

No. 588, Misc. REECE v. GEORGIA. Supreme Court of Georgia. Certiorari granted. *Daniel Duke* for petitioner.

No. 679. SMITH v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Geo. W. McCleskey* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *A. M. Lecroix,* Assistant Attorney General, for respondent.

No. 721. LEW WAH FOOK, GUARDIAN AD LITEM, v. BROWNELL, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied. *C. W. Cornell* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Beatrice Rosenberg* for respondent.

No. 722. CONNOLLY, RECEIVER, ET AL. v. FIRST TRUST & DEPOSIT Co. C. A. 2d Cir. Certiorari denied. *Laurence Sovik* for petitioners. *Gerald H. Henley* for respondent.

No. 723. WHEELER v. UNITED STATES; and
No. 724. McGOWAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *David H. Greenberg* for petitioner in No. 723. *Irving S. Abrams* for petitioner in No. 724. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States. Reported below: 219 F. 2d 773.

No. 725. CAPITOL HILL SOUTHEAST CITIZENS ASSOCIATION v. COE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.